# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 4, 2014

## NO. 03-13-00317-CR

**Brandon Christopher Head, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
MODIFIED AND, AS MODIFIED, AFFIRMED –
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction but that there was error requiring correction. Therefore, the court modifies the district court's judgment of conviction by deleting the order cumulating Head's sentences and providing instead that the sentences shall be served concurrently. The Court affirms the judgment of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.